**95–415.** State v. Koch. *Erie County,* No. E–94–24. Reported at 72 Ohio St.3d 1528, 649 N.E.2d 837. On motion for reconsideration. Motion denied.

Moyer, C.J., and Douglas, J., dissent.

Resnick, J., not participating.